UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 25-9753 PA (MARx) | Date | November 3, 2025 |
|---|---|---|---|
| Title | Dean Fetters v. Ecowise Wellness LLC and Prosper Nut, LLC | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS ORDER

      On October 30, 2025, Andre G. Raikhelson of the Law Offices of Andre G.Raikhelson, LLC counsel for Defendants Ecowise Wellness LLC and Propsper Nutrition LLC attempted to obtain admission to appear in this action pro hac vice.  The pro hac vice application identified Lauren Hausman of Copycat Legal, PLLC as local counsel.

      Applicants seeking to appear pro hac vice must designate local counsel.  Specifically, Local Rule 83-2.1.3.4 provides:

> Every attorney seeking to appear pro hac vice must designate as Local Counsel an attorney with whom the Court and opposing counsel may eadily communicate regarding the conduct of the case and upon whom documents may be served.  An attorney may be designated as Local Counsel only if he or she: (1) is a member of the Bar of this Court and (2) maintains an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business .

Local Rule 83-2.1.3.4 (emphasis added).

      Section II of the Central District's form Application to Appear Pro Hac Vice includes a certification, made under penalty of perjury by the attorney seeking to appear pro hac vice, that the attorney designated as local counsel "maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business . . . ." (emphasis added.)  Section III of the Applications to Appear Pro Hac Vice for designation of local counsel includes a statement by the designated local counsel providing: "I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business." ( Id. (emphasis added).)

      Local counsel lists an address at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211 with a with a telephone number 877-437-6228.  That address appears to be the address for a shared or "virtual office" contrary to the Local Rules of this Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9753 PA (MARx) | Date | November 3, 2025 |
|---|---|---|---|
| Title | Dean Fetters v. Ecowise Wellness LLC and Prosper Nut, LLC | | |

    It appears that Raikhelson and Hausman may have violated the Local Rule and their duties of candor by attempting to obtain pro hac vice admission by designating "local counsel" who does not maintain an office for the practice of law at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211.

    To assist the Court in evaluating the pro hac vice application, the Court orders Raikhelson and Hausman to file with the Court declarations under penalty of perjury. Hausman's declaration shall include: (1) how many hours per week she physically spends in the at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211; (2) how many employees of the firm, including attorneys, are physically present in the office at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211; (3) how long the firm has maintained an office for the practice of law at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211; (4) if any other businesses are associated with the address at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211, and if there are any, the relationship between those businesses and her firm; and (5) when she first took up residency at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211; (6) any other addresses in which she practices law; (7) copies of any letterhead, business cards, promotional materials, or website information with the 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211 address, and the date on which those materials were first created; (8) the approximate value of office equipment and furnishings, including but not limited to, computers, telephones, telephone switches, printers, and office furnishings located at 113 N San Vicente Boulevard, Suite 232, Beverly Hills, California 90211; and (9) a list of any other cases (including the title of the case and case number) filed in United States District Court in the Central District of California in which Hausman was designated as local counsel on behalf of out of state lawyers. The declaration of Raikhelson shall include the basis upon which he declared under penalty of perjury that Hausman "maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4."

    The declarations are to be filed with the Court no later than November 11, 2025. The failure to respond to this Order will result in the denial of the pro hac vice application.

    IT IS SO ORDERED.

|  | : | 8 |
|---|---|---|
| Initials of Preparer | kss | |