| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Philip L. Fraietta (State Bar No. 354768) |
|   | 50 Main Street, Suite 475 |
| 3 | White Plains, NY 10106 |
| 4 | Telephone: (914) 874-0708 |
|   | Facsimile:  (914) 206-3656 |
| 5 | E-mail: pfraietta@bursor.com |
| 6 | |
|   | **BURSOR & FISHER, P.A.** |
| 7 | Joshua B. Glatt (State Bar No. 354064) |
| 8 | Karen B. Valenzuela (State Bar No. 357231) |
|   | 1990 North California Blvd., 9th Floor |
| 9 | Walnut Creek, CA 94596 |
| 10 | Telephone: (925) 300-4455 |
|    | Facsimile: (925) 407-2700 |
| 11 | E-mail: jglatt@bursor.com |
| 12 |         kvalenzuela@bursor.com |
| 13 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN FETTERS, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-09753-PA-MAR |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| ECOWISE WELLNESS LLC, AND PROSPER NUTRITION LLC | Complaint Served: 10/16/2025 |
| Defendants. | Current Response Date: 11/6/2025 |
| | New Response Date: 12/5/2025 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CASE NO.: 2:25-CV-09753-PA-MAR

1   IT IS HEREBY STIPULATED, pursuant to C.D. Cal. L.R. 8-3, by and
2   between Plaintiff Dean Fetters through his undersigned counsel, and Defendants
3   EcoWise Wellness LLC and Prosper Nutrition LLC, that Defendants' deadline to file
4   an answer or otherwise respond to Plaintiff's Complaint in the above-captioned
5   matter is extended from November 6, 2025 to December 5, 2025.  This stipulation
6   does not extend Defendants' time to respond by more than thirty (30) days from the
7   date the response was initially due and does not alter the date of any event of
8   deadline set by the Court.  Defendants are in the process of retaining counsel
9   admitted to practice in the United States District Court for the Central District of
10  California.  No prior extensions have been requested by Defendant.

Dated: November 5, 2025

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
     Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10106
Telephone: (914) 874-0708
Facsimile:  (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua B. Glatt (State Bar No. 354064)
Karen B. Valenzuela (State Bar No. 357231)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jglatt@bursor.com
        kvalenzuela@bursor.com

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated: November 5, 2025 | **REPRESENTATIVE FOR DEFENDANTS** |
| 2 | | |
| 3 | | By: */s/ Lauren M. Hausman* |
| 4 | | Lauren M. Hausman |
| 5 | | *Attorney for Defendants* |

**<u>Signature Attestation</u>**

    I, Philip L. Fraietta, am the CM/ECF user whose login and password are being used to file this Stipulation to Extend Time to Respond to Complaint. Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Lauren M. Hausman, counsel for Defendants, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized the filing.

                        */s/ Philip L. Fraietta*
                         Philip L. Fraietta