Lauren M. Hausman (CA BAR NO. 349514)
COPYCAT LEGAL PLLC
113 N San Vicente Blvd, Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEAN FETTERS, individually and on behalf of all others similarly situated

Plaintiff(s)

v.

ECOWISE WELLNESS LLC, and PROSPER NUTRITION LLC

Defendant(s).

**CASE NUMBER**

2:25-cv-9753

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Raikhelson, Andre G.      of      Law Offices of Andre G. Raikhelson, LLC

*Applicant's Name (Last Name, First Name & Middle Initial)*

561-591-6093

*Telephone Number*     *Fax Number*

arlaw@raikhelsonlaw.com

*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant EcoWise Wellness LLC

Defendant Prosper Nutrition LLC

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hausman, Lauren      of      CopyCat Legal, PLLC

*Designee's Name (Last Name, First Name & Middle Initial)*

349514     877-437-6228

*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

lauren@copycatlegal.com

*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☒ DENIED:  ☐ for failure to pay the required fee.
     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     ☐ for failure to complete Application: _____
     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
     ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☒ is not member of Bar of this Court; ☒ does not maintain office in District.
     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated  November 07, 2025

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1