| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta (SBN 354768)<br>50 Main Street, Suite 475<br>White Plains, NY 10106<br>Telephone: (914) 874-0708<br>Facsimile:  (914) 206-3656<br>E-mail: pfraietta@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Joshua B. Glatt (SBN 354064)<br>Karen B. Valenzuela (SBN 357231)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: jglatt@bursor.com<br>          kvalenzuela@bursor.com<br><br>*Attorneys for Plaintiff* | **FROST LLP**<br>Kevin S. Dicker (SBN 179315)<br>Lawrence J.H. Liu (SBN 312115)<br>Jesse Frankel (SBN 364818)<br>10960 Wilshire Boulevard, Suite 2100<br>Los Angeles, CA 90024<br>Telephone: (424) 254-0441<br>Facsimile: (424) 600-8504<br>Email: kevin@frostllp.com<br>          lawrence@frostllp.com<br>          jfrankel@frostllp.com<br><br>**LAW OFFICES OF ANDRE G. RAIKHELSON, LLC**<br>Andre G. Raikhelson (*Pro Hac Vice*)<br>7000 W. Palmetto Park Rd., Suite 210<br>Boca Raton, FL 33433<br>Telephone: (561) 591-6093<br>Email: arlaw@raikhelsonlaw.com<br><br>*Attorneys for Defendants EcoWise Wellness LLC and Prosper Nutrition LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN FETTERS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>ECOWISE WELLNESS LLC, AND PROSPER NUTRITION LLC,<br><br>                    Defendants. | Case No. 2:25-cv-09753-PA-MAR<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>District Judge: Hon. Percy Anderson<br><br>Action Filed: October 10, 2025 |

## STIPULATION OF DISMISSAL

Plaintiff Dean Fetters ("Plaintiff") and Defendants EcoWise Wellness LLC and Prosper Nutrition LLC ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiff are dismissed with prejudice, and the putative class claims are dismissed without prejudice. Each side will be responsible for and bear its own costs and expenses.

Respectfully submitted,

Dated: January 27, 2026

**BURSOR & FISHER, P.A.**

By:  /s/ Philip L. Fraietta
        Philip L. Fraietta

Philip L. Fraietta (SBN 354768)
50 Main Street, Suite 475
White Plains, NY 10106
Telephone: (914) 874-0708
Facsimile:  (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua B. Glatt (SBN 354064)
Karen B. Valenzuela (SBN 357231)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jglatt@bursor.com
            kvalenzuela@bursor.com

*Attorneys for Plaintiff and Proposed Class*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 27, 2026 | **FROST LLP** |
| 3 | | |
| 4 | | By:      /s/  *Lawrence J.H. Liu*       <br>          Lawrence J.H. Liu |
| 5 | | Kevin S. Dicker (SBN 179315) |
| 6 | | Lawrence J.H. Liu (SBN 312115)<br>Jesse Frankel (SBN 364818) |
| 7 | | 10960 Wilshire Boulevard, Suite 2100 |
| 8 | | Los Angeles, CA 90024<br>Telephone: (424) 254-0441 |
| 9 | | Facsimile: (424) 600-8504 |
| 10 | | Email: kevin@frostllp.com |
| 11 | | lawrence@frostllp.com<br>jfrankel@frostllp.com |
| 12 | | |
| 13 | Dated: January 27, 2026 | **LAW OFFICES OF ANDRE G. RAIKHELSON, LLC** |
| 14 | | By:      /s/  *Andre G. Raikhelson*       <br>          Andre G. Raikhelson |
| 15 | | |
| 16 | | Andre G. Raikhelson (*Pro Hac Vice*) |
| 17 | | 7000 W. Palmetto Park Rd., Suite 210<br>Boca Raton, FL 33433 |
| 18 | | Telephone: (561) 591-6093 |
| 19 | | Email: arlaw@raikhelsonlaw.com |
| 20 | | *Attorneys for Defendants EcoWise Wellness LLC and Prosper Nutrition LLC* |

**FILING ATTESTATION**

I, Philip L. Fraietta, am the CM/ECF user whose login and password are being used to file this Joint Stipulation of Dismissal. Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that the undersigned counsel for Defendants, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized the filing.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta